# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY B. TILLMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>BOARD OF PRISON TERMS, et al.,<br><br>    Defendants. | CASE NO. 1:11-cv-00138-SKO PC<br><br>ORDER DIRECTING PLAINTIFF TO SIGN AND RETURN COMPLAINT AND APPLICATION TO PROCEED IN FORMA PAUPERIS |

On January 26, 2011, Plaintiff Anthony B. Tillman filed a Section 1983 complaint in this action. (Doc. #1.) Plaintiff's complaint is not signed. Plaintiff also filed an application to proceed in forma pauperis. (Doc. #2.) The application to proceed in forma pauperis is also not signed.

Federal Rule of Civil Procedure 11(a) requires all pleadings, motions, and papers to be signed by either the attorney of record or the party, if the party is unrepresented. "The Court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention." Federal Rule of Civil Procedure 11(a).

Based on the foregoing, the Court HEREBY ORDERS the Clerk's Office to return the original complaint and application to proceed in forma pauperis to Plaintiff. **Plaintiff must sign and return the complaint and application to proceed in forma pauperis within 21 days.** Failure to comply with this order may result in the dismissal of this action.

IT IS SO ORDERED.

**Dated:    January 27, 2011**              /s/ Sheila K. Oberto
                                        UNITED STATES MAGISTRATE JUDGE

1